Samuel C. Griffin, Respondent, v. John M. Foster and C. Earl Foster, Appellants.— Judgment and order affirmed, with costs. · All concurred.

George T. Jimerson, Respondent, v. The Erie Railroad Company, Appellant. — Interlocutory judgment and final judgment affirmed, with costs. All concurred.

Joseph E. Burke, Appellant, v. Andrew J. Feek and Mary J. Feek, Respondents.— Judgment reversed and new trial ordered, with costs to appellant to abide event, upon questions of law and fact. Held, that the decision is contrary to and against the weight of the evidence, and that the evidence tending to impeach the judgment was improperly received. All concurred; McLennan, P. J., on second ground only.

George W. White and William A. Sullivan, Respondents, v. Norman B. Hayes and Edward L. Hodge, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the check was received and accepted as full payment.

Adriance, Platt & Company, Appellant, v. Eben H. Bates, Respondent.— Judgment and order affirmed, with costs. All concurred.

Margaret Bella, as Administratrix, etc., of John Bella, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Action reported settled. No decision.

Stephen Leake, Respondent, v. William Hartman, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

Norman J. Gould and Others, Respondents, v. Village of Seneca Falls and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

Emma Macomber, Respondent, v. William M. Norton, as Executor, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Mary G. Hawkes, Respondent, v. Charles F. Warren and Others, Appellants. — Motion to dismiss appeal denied, without costs.

Mae F. Menzer, as Administratrix, etc., Respondent, v. The Niagara Gorge Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Prentiss Tool and Supply Company, Respondent, v. Hydrostatic Machinery Company, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Max F. Utess, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that the engineer in charge of the train was not shown guilty of negligence which caused or contributed to the injury, and that in any event the proof does not bring the case within the provisions of the Barnes Act.* (See opinion of McLennan, P. J., in same case on former appeal, reported at 131 App. Div. 447.)

* See Railroad Law (Gen. Laws, chap. 39; Laws of 1890, chap. 565), § 42a, added by Laws of 1906, chap 657.— [REP.